

Antonio DA CRUZ, Appellant,

v.

T. J. HOLLAND, District Director, Immigration and Naturalization Service, Appellee.

No. 11527.

United States Court of Appeals
Third Circuit.

Argued May 16, 1955.

Decided May 17, 1955.

J. J. Kilimnik, Philadelphia, Pa., for appellant.

Francis Ballard, Asst. U. S. Atty., Philadelphia, Pa., for appellee.

Before McLAUGHLIN, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

Upon the authority of Shaughnessy v. Pedreiro, 75 S.Ct. 591, and Diogo v. Holland, 3 Cir., 221 F.2d 806, the order of the district court dismissing the complaint for want of jurisdiction will be reversed and the cause will be remanded with directions to reinstate the complaint.

Julia KISS, Appellant,

v.

UNITED STATES of America
and
Elizabeth Mary Szollosy.

No. 11547.

United States Court of Appeals
Third Circuit.

Argued May 3, 1955.

Decided May 11, 1955.

William E. Schubert, Jr., Philadelphia, Pa. (Thomas M. Schubert and Schubert & Schubert, Philadelphia, Pa., on the brief), for appellant.

Henry L. Schimpf, Jr., Philadelphia, Pa., for appellees.

Before MARIS and HASTIE, Circuit Judges, and MILLER, District Judge.

PER CURIAM.

This case involves a controversy between the mother and the divorced wife of a deceased veteran over the distribution of the proceeds of a National Service Life Insurance policy on his life. The Veterans Administration found in favor of the divorced wife and the mother brought the present suit in which an interpleader was framed. The district court decided against the mother and she has appealed. All the questions which the appellant raises here were raised in the district court and were thoroughly considered and correctly decided in the opinion filed by Judge Lord. 125 F.Supp. 718. For the reasons stated in his opinion the judgment of the district court will be affirmed.

Jose COSTA, Appellant,

v.

T. J. HOLLAND, District Director, Immigration and Naturalization Service, Appellee.

No. 11507.

United States Court of Appeals
Third Circuit.

Argued May 16, 1955.

Decided May 17, 1955.

J. J. Kilimnik, Philadelphia, Pa., for appellant.

Francis Ballard, Asst. U. S. Atty., Philadelphia, Pa., for appellee.

Before McLAUGHLIN, KALODNER and STALEY, Circuit Judges.

**264**

PER CURIAM.

Upon the authority of Shaughnessy v. Pedreiro, 75 S.Ct. 591, and Diogo v. Holland, 3 Cir., 221 F.2d 806, the order of the district court dismissing the complaint for want of jurisdiction will be reversed and the cause will be remanded with directions to reinstate the complaint.

**Manuel GUERREIRO VALERIO,**
Appellant,

v.

**T. J. HOLLAND, District Director, Immigration and Naturalization Service,**
Appellee.

· No. 11506.

United States Court of Appeals
Third Circuit.

Argued May 16, 1955.
Decided May 17, 1955.

J. J. Kilimnik, Philadelphia, Pa., for appellant.

Francis Ballard, Asst. U. S. Atty., Philadelphia, Pa., for appellee.

Before McLAUGHLIN, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

Upon the authority of Shaughnessy v. Pedreiro, 75 S.Ct. 591, and Diogo v. Holland, 3 Cir., 221 F.2d 806, the order of the district court dismissing the complaint for want of jurisdiction will be reversed and the cause will be remanded with directions to reinstate the complaint.

**UNITED DISTILLERS of AMERICA,**
Inc., Libellant-Appellee,

v.

**THE OLANCHO, her engines, etc.,**
Respondent-Appellant.

No. 310, Docket 23516.

United States Court of Appeals
Second Circuit.

Argued April 15, 1955.
Decided May 12, 1955.

Haight, Deming, Gardner, Poor & Havens, New York City (MacDonald Deming and Gordon W. Paulsen, New York City, of counsel), for appellant.

Bigham, Englar, Jones & Houston, New York City (Donald M. Waesche, Jr., New York City, of counsel), for appellee.

Before FRANK, MEDINA and STALEY, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Judge Clancy.